**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARC WATERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-08094-RA |
| v. | ) |
| | ) |
| VINE ENERGY INC., ERIC MARSH, | ) |
| ANGELO ACCONCIA, H. PAULETT | ) |
| EBERHART, DAVID FOLEY, JOHN H. | ) |
| LEE, CHARLES M. SLEDGE, | ) |
| CHESAPEAKE ENERGY | ) |
| CORPORATION, HANNIBAL MERGER | ) |
| SUB, INC., HANNIBAL MERGER SUB, | ) |
| LLC, and VINE ENERGY HOLDINGS | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have

filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 24, 2021            **RIGRODSKY LAW, P.A.**

By:   */s/ Gina M. Serra*
           Seth D. Rigrodsky
           Timothy J. MacFall
           Gina M. Serra
           Vincent A. Licata
           825 East Gate Boulevard, Suite 300
           Garden City, NY 11530
           (516) 683-3516
           sdr@rl-legal.com
           tjm@rl-legal.com
           gms@rl-legal.com
           vl@rl-legal.com

           *Attorneys for Plaintiff*